RSMo 1994, and sentenced as a prior and persistent offender, §§ 558.016 and 557.036.4, RSMo 1994, to fifteen years imprisonment.

Affirmed. Rule 84.16(b).

■

**Esau TRUST, Appellant,**

v.

**Mary JOHNSON, Records Officer, Respondent.**

**No. WD 52073.**

Missouri Court of Appeals, Western District.

June 25, 1996.

Esau Trust, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from order denying petition for a writ of mandamus.

Judgment affirmed. Rule 84.16(b).

■

**Thomas M. LYTLE, Appellant,**

v.

**PGI CONSTRUCTION, INC., and Paragon Group, Inc., Respondents.**

**No. WD 51441.**

Missouri Court of Appeals, Western District.

June 25, 1996.

Paul L. Redfearn, Michael Holzknecht, Redfearn & Brown, Kansas City, for appellant.

Robert M. Kroenert, Steven J. Boyd, Morrison & Hecker, Kansas City, for respondents.

Before ULRICH, P.J., and BRECKENRIDGE and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Thomas M. Lytle appeals from the trial court's entry of summary judgment in favor of PGI Construction, Inc., and Paragon Group, Inc.

The judgment is affirmed. Rule 84.16(b).